719

AO-10
Rev. 1/94

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1994

Report Required by the Ethics Reform Act of 1978, Pub. L. No. 95-521, November 19, 1989 (5 U.S.C.A. App. 6. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'TOOLE, GEORGE A., JR. | U.S. DISTRICT COURT, MASS. | 4/4/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S DISTRICT JUDGE - NOMINEE | X Nomination, Date 4/4/95 ___ Initial ___ Annual ___ Final | 1/1/94-3/31 95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
|  | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| ASSOCIATE JUSTICE | SUPERIOR COURT DEPARTMENT, TRIAL COURT OF MASSACHUSETTS |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 1993 | COMMONWEALTH OF MASSACHUSETTS COMPENSATION FOR SERVICES IN JUDICIAL OFFICE | $ 80,350 |
| 2 1994 | SAME | $ 80,350 |
| 3 1993 | SHAWMUT NATIONAL CORP., ONE FEDERAL ST., BOSTON, MA COMPENSATION FOR SVCS.(SR.V.P.,CORPORATE AFFAIRS) | $ (S) |
| 4 1994 | SAME | $ (S) |
| 5 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>O'TOOLE, GEORGE A., JR. | Date of Report<br>4 / 4 / 95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals '(S)' and '(DC)' to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals '(S)' and '(DC)' to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical '(S)' for separate liability of the spouse, '(J)' for joint liability of reporting individual and spouse, and '(DC)' for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

VALUE CODES: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: O'TOOLE, GEORGE A., JR. | Date of Report: 4 /4 /95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions   (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| Description of Assets | Income (A)(1) Amt. Code | (A)(2) Type | Gross value at end of period (B)(1) Value Code | (B)(2) Value Method | Transactions during reporting period — EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| SHAWMUT BK.,(BOSTON,MA) ¹SAVINGS&NOW a/cs (J) | A | INT. | K | T | | | | | |
| SHAWMUT BK.,(BOSTON,MA) ²CHECKING a/c (S) | A | INT. | J | T | | | | | |
| SHAWMUT NATIONAL CORP. ³COMMON SHARES (S) | A | NONE | K | T | | | | | |
| SHAWMUT BANK ⁴CERT. OF DEPOSIT (IRA) | A | INT. | J | T | | | | | |
| SHAWMUT BANK ⁵CERT. OF DEPOSIT(IRA)(S) | C | INT. | L | T | | | | | |
| SHAWMUT BK. RETIREMENT ⁶PLAN (S) | A | INT. | K | T | | | | | |
| AT&T CORP. ⁷COMMON STOCK (J) | A | DIV. | J | T | | | | | |
| COMM. OF MASSACHUSETTS ⁸JUDGE'S RETIREMENT PL. | C | INT. | J | T | | | | | |
| DONALDSON,LUFKIN&JENRETTE ⁹IRA (SEE SCHEDULE ATTACHED) | C | INT DIV | L | T | | | | | |
| ¹⁰TERRA INDUSTRIES,INC. | A | DIV. | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2. Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market

O'TOOLE, GEORGE A., JR.      4/4/95

VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
Continuation Line 9

Donaldson, Lufkin & Jenrette custodian account includes:

|                                        | Income    | Value |
|----------------------------------------|-----------|-------|
| Pershing Government Money Market Account | A / Int.   | J / T |
| Enterprise Bank Lowell, MA             | A / Div.  | J / U |
| Koger Equity, Inc.                     | A / None  | J / T |
| Fidelity Advisor Emerging Asia Fund     | A / Div.  | J / T |
| Pioneer Fund                           | B / Div.  | K / T |
| D.L. Babson Fund Growth                | B / Div.  | K / T |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'TOOLE, GEORGE A., JR. | 1/1/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____    _____

_____    ___ _____

_____ _ ____

____ _____

_____

_____ __

_____

_____

_____  _____

_____  _____

_____    __

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Court
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH
## MARCH 31, 1995

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings), all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS (1)(2)(3)(4) | | | LIABILITIES (3)(4) | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | $ | 182,914.18 | Notes payable to banks-secured | | |
| (See Schedule 1) | | | Notes payable to banks-unsecured | | |
| U.S. Government securities | $ | 15,028.20 | Notes payable to relatives | | |
| (See Schedule 2) | | | Notes payable to others | | |
| Listed securities | $ | 1,258,718.76 | | | |
| (See Schedule 3) | | | Accounts and bills due | $ | 15,000.00 |
| Unlisted securities | $ | 565,900.51 | (See Schedule 9) | | |
| (See Schedule 4) | | | Unpaid income tax | $ | 300,000.00 |
| Account and notes receivable: | | | (See Schedule 9) | | |
| Due from relatives and friends | $ | 29,943.59 | Other unpaid tax and interest | | |
| Due from others | $ | 1,900.00 | Real estate mortgages payable | $ | 942,556.87 |
| Doubtful | | | (See Schedule 9) | | |
| (See Schedule 5) | | | Chattel mortgages and other liens payable | | |
| Real estate owned | $ | 1,121,500.00 | Other debts | | |
| (See Schedule 6) | | | | | |
| Real estate mortgages receivable | | | | | |
| Autos and other personal property | $ | 213,125.00 | | | |
| Cash value-life insurance | $ | 520,308.31 | | | |
| (See Schedule 7) | | | | | |
| Other assets | $ | 229,786.19 | | | |
| (See Schedule 8) | | | | | |
| | | | Total Liabilities | $ | 1,257,556.87 |
| | | | Net Worth | $ | 2,881,567.87 |
| Total assets | $ | 4,139,124.74 | Total liabilities and net worth | $ | 4,139,124.74 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker of guarantor | $ | 25,000.00 | Are any assets pledged? (Add schedule.) | no |
| (See Schedule 9) | | | | |
| On leases or contracts | | | Are you defendant in any suits or | |
| Legal Claims | | | legal action? | no |
| Provision for Federal Income Tax (5) | | | Have you ever taken bankruptcy? | no |
| Other special debt | | | | |

(1) Does not include retirement plan assets shown on Schedule 10.

(2) Does not include trust for Nancy Atlas or trusts for children and related assets shown on Schedules 11-15.

(3) All values, unless otherwise noted, are in accordance with AO Form 10 prepared in accordance with Ethics Reform Act of 1989.

(4) Abbreviations used in the attached schedules reflect the following:

| | |
|---|---|
| NFA | Nancy F. Atlas Separate Property Account |
| V&E | Vinson & Elkins, L.L.P., Scott Atlas employer |
| SM&K | Sheinfeld, Maley & Kay, P.C., Nancy Atlas employer |
| V&E acct. | Vinson & Elkins, L.L.P. partnership interest |
| V&E gp. | Vinson & Elkins, L.L.P. partner group interest |
| Int'l | Non-U.S. asset |

(5) Provision for federal income tax on the excess of the estimated market values of assets less the estimated current amount of liabilities over their respective tax bases has not been included.

## CASH

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Cash (Merrill Lynch) | | $ 0.95 |
| CMA Money Fund (Merrill Lynch) | | $ 1,835.00 |
| Goldman Sachs ILA - Prime Obgtn Portfolio | | $ 1,074.99 |
| Goldman Sachs Cash Balance | | $ 16,290.37 |
| Oppenheimer Cash Balance #1 | | $ 0.29 |
| Oppenheimer Quest Cash Reserves General Municipal Portfolio #8 | | $ 18,112.00 |
| Sanford Bernstein & Co. Cash Balance | | $ 14,359.62 |
| Texas Commerce Bank, Houston, TX: Acct. #3 | | $ 26,282.27 |
| Texas Commerce Bank, Houston, TX: Acct. #8 | | $ 9,548.79 |
| Texas Commerce Bank, Houston, TX: Acct. #7 | | $ 241.70 |
| Texas Commerce Bank, Houston, TX: Acct. #9 | | $ 94,048.66 |
| Undeposited checks | | $ 1,119.54 |
| Total | | $ 182,914.18 |

# 726

## U.S. GOVERNMENT SECURITIES

| NAME | NO. SHARES | MARKET VALUE |
|------|-----------|--------------|
| U.S. Treasury Note | | $ 15,028.20 |

3

## LISTED SECURITIES

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Abbott Laboratories - Common | 200 | $ 7,150.00 |
| AETNA Life & Casualty Co. - Common | 100 | $ 5,700.00 |
| Ahmanson /HF/& Co. - Common | 150 | $ 2,700.00 |
| Alcan Aluminum Ltd. - Common | 250 | $ 6,656.25 |
| American Stores Co. (New) - Common | 200 | $ 5,125.00 |
| AMR Corp. - Common | 50 | $ 3,237.50 |
| Anheuser Busch Cos Inc. - Common | 200 | $ 11,737.51 |
| AT&T Corp - Common | 200 | $ 10,350.00 |
| BankAmerica Corp. - Common | 75 | $ 3,618.75 |
| Bankers Trust New York Corp. - Common | 25 | $ 1,306.25 |
| Bernstein International Value Portfolio | 3,378 | $ 54,719.77 |
| Bernstein Short Duration Diversified Muni Portfolio | 25,965 | $ 332,595.22 |
| Champion International Corp. - Common | 150 | $ 6,487.50 |
| Chase Manhattan Corp. - Common | 100 | $ 3,562.50 |
| Chemical Banking Corp. - Common | 75 | $ 2,831.25 |
| Chevron Corp. - Common | 300 | $ 14,400.00 |
| CIGNA Corp. - Common | 125 | $ 3,737.50 |
| Citicorp - Common | 200 | $ 8,525.00 |
| Coca Cola Co. - Common | 500 | $ 28,187.50 |
| Corning Incorporated - Common | 100 | $ 3,600.00 |
| Dreyfus Municipal Bonds Fund | 6,033 | $ 74,493.14 |
| Du Pont E I de NeMours & Co. - Common | 150 | $ 9,075.00 |
| Emerson Electric Co. - Common | 100 | $ 6,650.00 |
| Ericsson LM Tel Co ADR | 75 | $ 4,635.94 |
| Fed Natl Mtg Assn - Common | 175 | $ 14,240.63 |
| Federal Express Corp. - Common | 75 | $ 5,071.88 |
| Federal Home Loan Mortgage - Common | 38 | $ 2,299.00 |
| Fleming Companies Inc - Common | 50 | $ 1,131.25 |
| FMC Corp - New - Common | 50 | $ 3,025.00 |
| Ford Motor Co. - Common | 400 | $ 10,775.00 |
| Gabelli Small Cap Growth Fund | 1,530 | $ 26,051.06 |
| GAP Inc. - Common | 100 | $ 3,550.00 |
| General Electric Co. - Common | 400 | $ 21,600.00 |
| Gillette Co. - Common | 100 | $ 8,162.50 |
| Golden West Finl Corp. - Common | 75 | $ 2,868.75 |
| Great Western Financial Corp - Common | 200 | $ 3,750.00 |
| International Paper Co. - Common | 50 | $ 3,756.25 |
| Janus Worldwide Fund | 1,007 | $ 24,278.13 |
| Johnson & Johnson - Common | 300 | $ 17,850.00 |
| K Mart Corp - Common | 250 | $ 3,437.50 |
| Kellogg Company - Common | 200 | $ 11,675.00 |
| Kimberly Clark Corp. - Common | 100 | $ 5,200.00 |
| Lincoln National Corp. - Common | 100 | $ 4,025.00 |
| Liz Claiborne Inc. - Common | 100 | $ 1,775.00 |
| Lockheed Corp. - Common | 50 | $ 4,282.88 |

4

## LISTED SECURITIES

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| MCI Communications Corp. - Common | 150 | $ 3,093.75 |
| Melville Corp. - Common | 75 | $ 2,793.75 |
| Merck & Co. Inc. - Common | 410 | $ 17,476.25 |
| Merrill Lynch Co. Inc. - Common | 200 | $ 8,500.00 |
| Minnesota Mining & Mfg Co. - Common | 200 | $ 11,625.00 |
| Mobil Corp.- Common | 137 | $ 12,689.63 |
| Motorola Inc. - Common | 150 | $ 8,193.75 |
| Mutual Beacon Fund | 1,951 | $ 65,855.07 |
| Nestle SA Sponsored ADR | 200 | $ 9,813.20 |
| Neuberger & Berman Guardian Fund | 1,272 | $ 25,323.57 |
| Nike - Common | 100 | $ 7,500.00 |
| Norfolk Southern Corp. - Common | 100 | $ 6,687.50 |
| Oxis International Inc. - Common | 1,600 | $ 3,400.00 |
| Partnership investment in First City Bancorporation of Texas (our share: 0.0061022) (6) | | $ 570.00 |
| Pepsico Inc. - Common | 400 | $ 15,650.00 |
| Pfizer Inc. - Common | 150 | $ 12,862.50 |
| Philip Morris Co. Inc. - Common | 344 | $ 22,476.50 |
| PNC Financial Corp. - Common | 150 | $ 3,656.25 |
| Proctor & Gamble Co. - Common | 200 | $ 13,250.00 |
| Reader's Digest Assoc., Inc. - Common | 100 | $ 4,812.50 |
| Rowan Companies Inc. - Common | 100 | $ 650.00 |
| Royal Dutch Pete Co. - Common | 250 | $ 30,000.00 |
| Sara Lee Corp. - Common | 200 | $ 5,225.00 |
| Scudder International Bond Fund | 2,382 | $ 26,770.87 |
| Stride Rite Corp. - Common | 200 | $ 2,525.00 |
| Tex. Regional Bancshares, Inc. - Common | 7,678 | $ 95,975.00 |
| Travelers Inc. - Common | 80 | $ 3,090.00 |
| UAL Corp. New - Common | 12 | $ 1,260.00 |
| Union Pacific Corp. - Common | 100 | $ 5,487.50 |
| USLife Corp - Common | 25 | $ 953.13 |
| UST Inc. - Common | 100 | $ 3,175.00 |
| VF Corp. - Common | 75 | $ 3,984.38 |
| Wal Mart Stores Inc. - Common | 350 | $ 8,950.00 |
| Walgreen Co. - Common | 100 | $ 4,812.50 |
| Warnaco Group Inc. - Common | 200 | $ 3,575.00 |
| Warner Lambert Co. - Common | 83 | $ 6,494.75 |
| Weingarten Realty Investors SBI - Common | 200 | $ 6,925.00 |
| WMX Technologies Inc. - Common | 100 | $ 2,750.00 |
| Total | | $ 1,258,718.76 |

(6) The market value is based on most recent sale information obtained from the partnership, which has data only as of 12/31/94.

## UNLISTED SECURITIES

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Branford Publishing Inc. - Common | 15,402 | $ 2,678.41 |
| Gr ater Orlando Avia Auth Orlando Fla Arpt Facs - Muni Bond | | $ 61,050.00 |
| Harris Co Tex Fresh Wtr Supply - Muni Bond | | $ 20,755.00 |
| Partnership investment in BioQuantum, Inc. (1984, '85) | | $ - |
| Partnership investment in Ramteck II, Inc. (1984, '85, '86 '87, '88, '89) | | $ - |
| Partnership investment in Southwest Bank of Texas (our share: 0.0058864) | | $ 4,990.00 |
| Partnership investment in W-H Holdings (our share: 0.0058800) | | $ 1,371.00 |
| Polaris Aircraft V-A 1984 Ltd. Partnership (8) | 240 | $ 7,875.00 |
| Reedy Creek Fla Impt Dist Fla Util Rev Ser 1987 Muni Bond | | $ 132,000.00 |
| Texas Commerce Bank, Houston, TX: Federal Home Loan Bank Discount Note | | $ 329,231.10 |
| Zero Coupon Dollar Savings Bond for State of Israel (7) | | $ 5,950.00 |
| Total | | $ 565,900.51 |

(7) Bought in January 1995. The curent market value is unavailable, so the cost is used.

(8) Polaris, a partnership in which my husband and I invested in 1984, purchased an airplane that is leased to an airline company. My husband and I have no role in directing the partnership's investments and never had. We own one of 63.5 equal units. Personnel at Polaris suggested the following as the best available method of estimating market value: Polaris believes it can sell the airplane for about $12 million, which after paying off the debt of approximately $11.5 million, would leave about $0.5 million divided among 63.5 units (240 shares = 1 unit), for a net value per unit of about $7,875.00.

6

# 730

## ACCOUNTS AND NOTES RECEIVABLE

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|

*Due from relatives and friends:*

| | | | |
|---|---|---|---|
| Contract for Sale of Condo (Houston, TX) - Atlas, Morris | | $ | 24,043.59 |
| Personal Loan - House, G&M | | $ | 3,400.00 |
| Personal Loan - Sanders, A&S | | $ | 2,500.00 |
| Total | | $ | 29,943.59 |

*Due from others:*

| | | | |
|---|---|---|---|
| Promissory Note (due 10/95 or 10/96) from Boca Grove Plantation Golf and Tennis Club (nfa) | | $ | 1,900.00 |
| Total | | $ | 1,900.00 |

7

# 731

## REAL ESTATE

| | | | |
|---|---|---|---|
| Homestead (Houston, TX) [appraised value by Harris County Appraisal District] | | $ | 1,121,500.00 |

## LIFE INSURANCE

| NAME | NO. SHARES | CASH SURRENDER VALUE |
|---|---|---|
| Connecticut Mutual Group Universal Life Insurance - A | | $ 168,494.04 |
| Connecticut Mutual Group Universal Life Insurance - B | | $ 158,987.15 |
| Equitable Universal Life Insurance | | $ 69,361.74 |
| Holden Group Capitol Life Annuity | | $ 91,971.69 |
| ITT Hartford Annuity | | $ 31,493.69 |
| Total | | $ 520,308.31 |

9

# 733

## OTHER ASSETS

| NAME | NO. SHARES | MARKET VALUE |
|------|------------|--------------|
| Texas Commerce Bank, Houston, TX: Acct. #74 (6) | | $ 9,736.19 |
| Partnership interest in real estate in Houston, TX (7) (10) | | $ 4,516.00 |
| SM&K S Corp. Capital Account (11) | | $ 16,429.00 |
| Tower Equity '83 Ltd. Partnership (7) (8) | | $ 2,532.00 |
| Tower Equity '84 Ltd. Partnership (7) (9) | | $ 3,133.00 |
| Partnership investment in Live Oak County Mineral Interest | | $ - |
| V&E Tangible Property less Debts | | $ 193,440.00 |
| Total | | $ 229,786.19 |

(6) My father's estate assets have been distributed. This represents my share of the cash in an account that has been set aside to pay outstanding estate expenses, which should require most, if not all, of these funds.

(7) These several partnership interests reflect passive investments. These interests are not marketable. Neither my husband nor I has any business activity or management role in connection with any of these investments; for us they are all passive investments. The only market value information available was the value of our capital account on the partnership books as of December 31, 1993.

(8) This partnership, in which my husband and I invested in 1983, currently has only cash after having liquidated all its equity investments befre 1994. The partnership has a management committee that directs the investments. Neither my husband nor I is a member of that committee and never has been. We have been told that the management committee plans to distribute all of the cash to the partners and liquidate the partnership Our proportionate share is 0 888889%.

(9) This partnership, in which my husband and I invested in 1984, has venture investments in several emerging companies." The partnership has a management committee that directs the investments. Neither my husband nor I is a member of that committee and never has been. Because the equities owned by the partnership are not publicly traded, they have no readily ascertainable value. Accordingly, I relied on the book value of our interest as shown on the K-1, an estimated value of our 0.52687% share

(10) This is a partnership investment in real estate in Houston, Texas. This purchase of land was made in 1983, and my husband and I acquired a 0.33701% interest. The real estate investment is directed by a management committee, on which neither my husband nor I has ever served. I used as the value of our interest the book value of our interest as shown on the K-1.

(11) I signed Sheinfeld, Maley & Kay, P.C.'s standard Shareholder Agreement (signed by all shareholders) effective April 1989 (and amended annually) that provides for a four-year buyout of shareholders' stock. The market value was calculated by SM&K personnel based on the terms of this agreement.

Schedule 9

## LIABILITIES

| ACCOUNT NO. | NAME | MARKET VALUE | |
|---|---|---|---|

*Liabilities*

| | | | |
|---|---|---|---|
| Chase Manhattan Mortgage | Condo, Houston, TX | $ | 24,043.59 |
| Chemical Mortgage Co. 7611046 | Homestead (Houston, TX) | $ | 918,513.28 |
| IRS | IRS (payment due 4/15/95) | $ | 300,000.00 |
| Misc. | Credit accounts, payroll taxes, investment counsel fees, etc. | $ | 15,000.00 |
| | Total | $ | 1,257,556.87 |

*Contingent Liabilities*

| | | | |
|---|---|---|---|
| Bank of Houston | Israel Bonds | $ | 25,000.00 |

## RETIREMENT PLAN ACCOUNTS

| NAME | NO. SHARES | MARKET VALUE |
|------|------------|--------------|

*Nancy F. Atlas IRA*

| | NO. SHARES | MARKET VALUE |
|------|------------|--------------|
| Citicorp - Common | 50 | $ 2,131.00 |
| Dean Witter Liquid Asset Fund #85 | | $ 517.10 |
| General Electric Co. - Common | 100 | $ 5,400.00 |
| Pepsico Inc. - Common | 150 | $ 5,869.00 |
| Philip Morris Co Inc - Common | 100 | $ 6,538 00 |
| Proctor & Gamble - Common | 50 | $ 3,313.00 |
| Prudential Cash Fund | | $ 28.14 |
| Time Warner Inc. Conv Sub Deb | | $ 1,005.00 |
| Warner Lambert Co. - Common | 50 | $ 3,913.00 |
| **Total** | | **$ 28,714.24** |

*Nancy F. Atlas Retirement*

| | NO. SHARES | MARKET VALUE |
|------|------------|--------------|
| SM&K Keogh: 5-Year Weekly GRA (13) | | $ 2,131.13 |
| SM&K Keogh: Balanced Fund (13) | | $ 106,647.78 |
| SM&K Keogh: Growth Equity Fund (13) | | $ 98,873.24 |
| SM&K salary continuation (12) | | $ 50,700.00 |
| **Total** | | **$ 258,352.15** |

*Scott J. Atlas IRA*

| | NO. SHARES | MARKET VALUE |
|------|------------|--------------|
| Abbott Laboratories - Common | 200 | $ 7,150.00 |
| Allied Signal - Common | 100 | $ 3,925 00 |
| American Electric Power Co. - Common | 100 | $ 3,175.00 |
| Anheuser Busch Cos Inc. - Common | 100 | $ 5,875.00 |
| AT&T Corp - Common | 100 | $ 5,175 00 |
| Cent Louisiana Elec New - Common | 200 | $ 4,475.00 |
| Chevron Corp. - Common | 200 | $ 9,600 00 |
| Citicorp - Common | 100 | $ 4,263.00 |
| Coca Cola Co - Common | 360 | $ 20,295.00 |
| Dean Witter Liquid Asset Fund #14 | | $ 5,580.86 |
| Dean Witter Liquid Asset Fund #84 | | $ 1,264.00 |
| Eastman Kodak Co. - Common | 50 | $ 2,663.00 |
| Exxon Corp. - Common | 40 | $ 2,665.00 |
| Fed Natl Mtg Assn - Common | 50 | $ 4,069.00 |
| Ford Motor Co. - Common | 300 | $ 8,063.00 |
| FPL Group Inc. - Common | 200 | $ 7,275 00 |
| General Electric Co. - Common | 240 | $ 12,960.00 |
| Gillette Co. - Common | 50 | $ 4,081.00 |
| Johnson & Johnson - Common | 100 | $ 5,950.00 |
| Merck & Co. Inc. - Common | 300 | $ 12,788.00 |

# RETIREMENT PLAN ACCOUNTS

| NAME | NO. SHARES | MARKET VALUE |
|------|-----------|--------------|
| Merrill Lynch & Co. Inc. - Common | 100 | $ 4,250.00 |
| Minnesota Mining & Mfg Co. - Common | 200 | $ 11,625.00 |
| Motorola Inc. - Common | 75 | $ 4,097.00 |
| Nestle SA Sponsored ADR | 100 | $ 4,906.00 |
| Pepsico Inc. - Common | 150 | $ 5,869.00 |
| Pfizer Inc. - Common | 50 | $ 4,288.00 |
| Philip Morris Co. Inc. - Common | 435 | $ 28,438.00 |
| Proctor & Gamble Co. - Common | 100 | $ 6,625.00 |
| Shell Transport & Trading PLC - Common | 98 | $ 6,946.00 |
| Texas Instruments - Common | 50 | $ 4,425.00 |
| Time Warner Inc. Conv Sub Deb | | $ 1,508.00 |
| Westvaco Corporation - Common | 100 | $ 4,150.00 |
| **Total** | | **$ 218,418.86** |

*Scott J. Atlas Retirement (1) (2)*

| | | |
|------|------|------|
| V&E Keogh:  Franklin Income Fund (14) | | $ 21,791.29 |
| V&E Keogh:  General Investments Fund (14) | | $ 550,518.68 |
| V&E Keogh:  Strong Opportunity Fund (14) | | $ 21,653.39 |
| V&E Keogh:  Templeton Foreign Fund (14) | | $ 28,276.33 |
| V&E Keogh:  Vista Cap Growth Fund (14) | | $ 23,068.12 |
| V&E Nonqualified Retirement Plan (15) | | $ 32,280.00 |
| | | |
| Total | | $ 677,587.81 |
| Grand Total IRA's and Retirement | | $ 1,183,073.06 |

(12) I signed the Salary Continuation Plan Agreement in May 1989 that provides for a two-year salary continuation procedure upon any shareholder's departure  The value was calculated by SM&K personnel based on the terms of this agreement.

(13) I signed a participation agreement in December 1985 to participate in the Sheinfeld, Maley & Kay, P.C. Profit Sharing Plan, organized under the auspices of the American Bar Association.  It is an individual account defined contribution plan qualified under I R C. Section 401(a).  The Trustee of the Plan is State Street Bank & Trust Co in Boston, MA.  I have investment discretion with respect to the investments of this defined contribution plan to the extent of choosing any six possible funds that are available or selecting a self-directed option  I opted to invest these funds in two of the six possible funds (the Balanced Fund and the Growth Equity Fund), which are both mutual funds.  I also have invested funds in a fund that was discontinued as an option in 1991 (the 5-year Weekly GRA), which contains C D -type assets

(14) My husband participates in the Vinson & Elkins L.L.P. Retirement Plans A and B  These are individual account defined contribution plans qualified under I.R C. Section 401(a).  The contributions by the firm are fixed

13

# RETIREMENT PLAN ACCOUNTS

Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature  The Trustee of the Plan is Texas Commerce Bank, N.A. in Houston, TX.  My husband has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the limited discretion to choose any of eight possible funds that are available.  Before 1/1/95, there were six available funds.  Effective 1/1/95, every investment option in the V&E Retirement Plan except the General Investment Fund was discontinued (which is managed by outside investment advisors), and several new options were offered.  My husband transferred all funds in the discontinued options to four of the seven new options (Franklin Income Fund, Strong Opportunity Fund, Templeton Foreign Fund, and Vista Cap Growth Fund), all of which are equity mutual funds.

(15)  My husband participates in an unfunded nonqualified retirement program through the Vinson & Elkins L.L.P. Partnership Agreement.  The program provides a formula defined benefit retirement income if my husband retires from the firm at or after age 60, offset by his benefits under the Vinson & Elkins L.L.P. Retirement Plans A and B.  The present net value of my husband's deferred retirement benefit under the Program is as of January 1, 1993, which is the last date the projections were made.

14

# 738

## ASSETS HELD BY DEPENDENT CHILD #2

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Anheuser Busch Cos Inc. - Common | 50 | $ 2,937.50 |
| AT&T Corp. - Common | 25 | $ 1,293.75 |
| Citicorp - Common | 50 | $ 2,131.25 |
| Coca Cola Co. - Common | 200 | $ 11,275.00 |
| Ford Motor Co. - Common | 100 | $ 2,687.50 |
| General Electric Co. - Common | 50 | $ 2,700.00 |
| Goldman Sachs Cash Balance | | $ 1,060.62 |
| Merck & Co. Inc. - Common | 60 | $ 2,557.50 |
| Motorola Inc. - Common | 25 | $ 1,365.63 |
| Northwestern Mutual Whole Life Insurance | | $ 1,038.85 |
| Pfizer Inc. - Common | 25 | $ 2,143.75 |
| Philip Morris Co. Inc. - Common | 100 | $ 6,537.50 |
| Reader's Digest Assoc., Inc. - Common | 25 | $ 1,203.13 |
| Texas Commerce Bank, Houston, TX: Acct. #44 | | $ 585.08 |
| U.S. Savings Bond | | $ 194.00 |
| Wal Mart Stores Inc. - Common | 50 | $ 640.63 |
| Total | | $ 40,351.69 |

15

## DEPENDENT CHILD #2 TRUST

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| American General Corp. - Common | 50 | $ 1,612.50 |
| Anheuser Busch Cos Inc. - Common | 40 | $ 2,350.00 |
| CAT (16) | | $ 17,666.66 |
| Citicorp - Common | 50 | $ 2,131.25 |
| Coca Cola Co. - Common | 100 | $ 5,637.50 |
| DuPont E I de Nemours - Common | 50 | $ 3,025.00 |
| Eastman Kodak Co. - Common | 25 | $ 1,331.25 |
| Exxon Corp. - Common | 50 | $ 3,331.25 |
| General Electric Co. - Common | 50 | $ 2,700.00 |
| Gillette Co. - Common | 50 | $ 4,081.25 |
| Goldman Sachs Cash Balance | | $ 1,731.81 |
| Johnson & Johnson - Common | 50 | $ 2,975.00 |
| May Dept. Stores Co. - Common | 100 | $ 3,700.00 |
| Merck & Co., Inc. - Common | 75 | $ 3,196.88 |
| Merrill Lynch Co. Inc. - Common | 50 | $ 2,125.00 |
| Minnesota Mining & Mfg Co. - Common | 50 | $ 2,906.25 |
| Pepsico Inc. - Common | 100 | $ 3,912.50 |
| Pfizer Inc. - Common | 25 | $ 2,143.75 |
| Phillip Morris Co. Inc. - Common | 80 | $ 5,230.00 |
| Proctor & Gamble Co. - Common | 50 | $ 3,312.50 |
| Royal Dutch Pete Co. - Common | 25 | $ 3,000.00 |
| Wal Mart Stores Inc. - Common | 100 | $ 2,562.50 |
| Total | | $ 80,662.85 |

(16) Source for market value: a broker at Goldman Sachs.

**740**

## ASSETS HELD BY DEPENDENT CHILD #1

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Anheuser Busch Cos Inc. - Common | 30 | $ 1,763.00 |
| AT&T Corp. - Common | 100 | $ 5,175.00 |
| CAT (16) | | $ 703.50 |
| Citicorp - Common | 75 | $ 3,197.00 |
| Coca Cola Co. - Common | 100 | $ 5,638.00 |
| Ford Motor Co. - Common | 100 | $ 2,688.00 |
| General Electric Co. - Common | 100 | $ 5,400.00 |
| Goldman Sachs Cash Balance | | $ 1,701.00 |
| Merck & Co. Inc. - Common | 75 | $ 3,197.00 |
| Northwestern Mutual Whole Life Insurance | | $ 1,989.44 |
| Pepsico Inc. - Common | 100 | $ 3,913.00 |
| Philip Morris Co. Inc. - Common | 50 | $ 3,269.00 |
| Texas Commerce Bank, Houston, TX: Acct. #1 | | $ 517.76 |
| U.S. Savings Bonds (Series EE) | | $ 434.32 |
| Wal Mart Stores Inc. - Common | 60 | $ 1,538.00 |
| Total | | $ 41,124.02 |

(16) Source for market value: a broker at Goldman Sachs.

## DEPENDENT CHILD #1 TRUST

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Abbott Laboratories - Common | 50 | $ 1,787.50 |
| Amer Home Prod Corp. - Common | 25 | $ 1,781.25 |
| American General Corp. - Common | 100 | $ 3,255.00 |
| CAT (16) | | $ 17,666.66 |
| Chevron Corp. - Common | 50 | $ 2,400.00 |
| Citicorp - Common | 25 | $ 1,065.63 |
| Coca Cola Co. - Common | 300 | $ 16,912.50 |
| General Electric Co. - Common | 50 | $ 2,700.00 |
| Gillette Co. - Common | 50 | $ 4,081.25 |
| Goldman Sachs Cash Balance | | $ 122.69 |
| Merck & Co. Inc. - Common | 75 | $ 3,196.98 |
| Merrill Lynch Co. Inc. - Common | 50 | $ 2,125.00 |
| Motorola Inc. - Common | 25 | $ 1,365.63 |
| Pfizer Inc. - Common | 25 | $ 2,143.75 |
| Philip Morris Co. Inc. - Common | 200 | $ 13,075.00 |
| Proctor & Gamble Co. - Common | 50 | $ 3,312.50 |
| Royal Dutch Pete Co. - Common | 25 | $ 3,000.00 |
| Sara Lee Corp. - Common | 120 | $ 3,135.00 |
| TIGR (16) | | $ 8,930.00 |
| Wal Mart Stores Inc. - Common | 100 | $ 2,562.50 |
| Total | | $ 94,618.84 |

(16) Source for market value: a broker at Goldman Sachs.

## THE SHIRLEY FRIEDMAN TRUST (17)

| NAME | NO. SHARES | MARKET VALUE |
|---|---|---|
| Ameritech Corp. New - Common | 400 | $ 16,500.00 |
| Bank United of Texas Non-Cum PFD | 600 | $ 15,225.00 |
| Cash (still in Oppenheimer #1 to be distributed to Oppenheimer #2) | | $ 1,225.16 |
| Corpus Christi Tex Gen Impt & Rfdg - Muni Bond | | $ 3,739.00 |
| Eagle Mtn & Saginaw Tex ISD Rfdg - Muni Bond | | $ 24,446.00 |
| Exxon Corp. - Common | 200 | $ 13,350.00 |
| Garland Tex Util Sys rev Rfdg - Muni Bond | | $ 20,235.00 |
| Garland Tex Util Sys Rev - Muni Bond | | $ 25,492.00 |
| GTE Corp. - Common | 300 | $ 9,975.00 |
| Harris Cnty. Tex CTFS Oblig - Muni Bond | | $ 16,305.00 |
| Harris Cnty. Tx Toll Rd. - Muni Bond | | $ 10,995.00 |
| Harris Co Tex WCID #93 - Muni Bond | | $ 45,090.00 |
| Oppenheimer Capital LP Units Ltd. Partnership Int. | 180 units | $ 4,140.00 |
| Oppenheimer Cash Balance #1 | | $ - |
| Oppenheimer Emerging Markets Income Fund Inc. | 600 | $ 6,975.00 |
| Oppenheimer Quest Cash Reserves-General Municpal Portfolio #1 | | $ 765.00 |
| Royal Bank of Scotland Group PLC ADR | 1,000 | $ 26,250.00 |
| San Antonio Tex Elec & Gas Sym - Muni Bond | | $ 20,300.00 |
| Wal Mart Stores Inc. - Common | 200 | $ 5,100.00 |
| Total | | $ 266,107.16 |

(17) I have a beneficial interest in this trust, which was created for me under my mother's will.